William H. Emer, Bar No. 53482
WEmer@perkinscoie.com
Steven C. Gonzalez, Bar No. 191756
SGonzalez@perkinscoie.com
**PERKINS COIE LLP**
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
Telephone: 310.788.9900
Facsimile: 310.788.3399

David R. Ongaro, Bar No. 154698
DOngaro@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants
Simpson Timber Company and Green Diamond
Resource Company

ORIGINAL FILED
07 NOV -2 PM 12: 17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRB

| | |
|---|---|
| JASON GRAY, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREEN DIAMOND RESOURCE COMPANY; SIMPSON TIMBER COMPANY; and DOES 1 to 50, Inclusive,<br><br>Defendants. | No. CV 07-5589<br><br>PROOF OF SERVICE OF NOTICE OF REMOVAL OF CIVIL ACTION FROM ALAMEDA COUNTY SUPERIOR COURT UNDER 28 U.S.C. §§ 1332, 1441, 1446, 1453 (CLASS ACTION FAIRNESS ACT) AND DECLARATION OF VALERY WILLIAMS<br><br>[Superior Court Case No. RG07348848] |

PROOF OF SERVICE OF REMOVAL AND WILLIAMS DECLARATION

**PROOF OF SERVICE BY OVERNIGHT DELIVERY**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Four Embarcadero Center, Suite 2400, San Francisco, California 94111-4131. On November 2, 2007, I deposited with Federal Express, a true and correct copy of the within documents:

**NOTICE OF REMOVAL OF CIVIL ACTION FROM ALAMEDA COUNTY SUPERIOR COURT UNDER 28 U.S.C. SECTIONS 1332, 1441, 1446, 1453 (Class Action Fairness Act); AND**

**DECLARATION OF VALERY WILLIAMS**

in a sealed envelope, addressed as follows:

George R. Kingsley, Esq.           *Attorneys for Plaintiffs*
Eric B. Kingsley, Esq.
Darren M. Cohen, Esq.
Elana R. Levine, Esq.
KINGSLEY & KINGSLEY, APC
16133 Venture Blvd., Suite 1200
Encino, CA   91436
Phone: (818) 990-8300
Fax: (818) 990-2903

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 2, 2007, at San Francisco, California.

_____
Bridgette M. Ollberding