| | |
|---|---|
| 1 | William H. Emer, Bar No. 53482 |
| | WEmer@perkinscoie.com |
| 2 | Steven C. Gonzalez, Bar No. 191756 |
| | SGonzalez@perkinscoie.com |
| 3 | **PERKINS COIE** LLP |
| | 1620 26th Street |
| 4 | Sixth Floor, South Tower |
| | Santa Monica, CA  90404-4013 |
| 5 | Telephone:  310.788.9900 |
| | Facsimile:  310.788.3399 |
| 6 | |
| | David R. Ongaro, Bar No. 154698 |
| 7 | DOngaro@perkinscoie.com |
| | **PERKINS COIE** LLP |
| 8 | Four Embarcadero Center |
| | Suite 2400 |
| 9 | San Francisco, CA  94111-4131 |
| | Telephone:  415.344.7000 |
| 10 | Facsimile:  415.344.7050 |
| 11 | Attorneys for Defendants |
| | Simpson Timber Company and Green Diamond |
| 12 | Resource Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GRAY, on behalf of himself and others similarly situated, | No.  C 07-05589 CRB |
| Plaintiff, | PROOF OF SERVICE |
| v. | [Superior Court Case No. RG07348848] |
| GREEN DIAMOND RESOURCE COMPANY; SIMPSON TIMBER COMPANY; and DOES 1 to 50, Inclusive, | |
| Defendants. | |

## PROOF OF SERVICE BY OVERNIGHT DELIVERY

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Four Embarcadero Center, Suite 2400, San Francisco, California 94111-4131. On November 2, 2007, I deposited with Federal Express, a true and correct copy of the within documents:

**NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT; NOTICE OF REMOVAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ALTERNATIVE DISPUTE RESOLUTION DEADLINES, ALTERNATIVE DISPUTE RESOLUTION PACKET; NOTICE OF AVAILABILITY TO MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ELECTRONIC CASE FILING REGISTRATION HANDOUT; ORDER SETTING CASE MANAGEMENT CONFERENCE; COURT GUIDELINES; AND STANDING ORDERS**

in a sealed envelope, addressed as follows:

George R. Kingsley, Esq.          *Attorneys for Plaintiffs*
Eric B. Kingsley, Esq.
Darren M. Cohen, Esq.
Elana R. Levine, Esq.
KINGSLEY & KINGSLEY, APC
16133 Venture Blvd., Suite 1200
Encino, CA 91436
Phone: (818) 990-8300
Fax: (818) 990-2903

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 2, 2007, at San Francisco, California.

_____
Bridgette M. Ollberding

-2-