1  William H. Emer, Bar No. 53482
   WEmer@perkinscoie.com
2  Steven C. Gonzalez, Bar No. 191756
   SGonzalez@perkinscoie.com
3  **PERKINS COIE LLP**
   1620 26th Street
4  Sixth Floor, South Tower
   Santa Monica, CA  90404-4013
5  Telephone: 310.788.9900
   Facsimile: 310.788.3399
6
   David R. Ongaro, Bar No. 154698
7  DOngaro@perkinscoie.com
   **PERKINS COIE LLP**
8  Four Embarcadero Center
   Suite 2400
9  San Francisco, CA  94111-4131
   Telephone: 415.344.7000
10 Facsimile: 415.344.7050

11 Attorneys for Defendants
   Simpson Timber Company and Green Diamond
12 Resource Company

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 | JASON GRAY, on behalf of himself and others similarly situated, | No. CV 07-05589 CRB
17 |                                                                  | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16 AND DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
   |                         Plaintiff,                              |
18 |                                                                  |
   |         v.                                                       |
19 |                                                                  |
   | GREEN DIAMOND RESOURCE                                           |
20 | COMPANY; SIMPSON TIMBER                                          | [Superior Court Case No. RG07348848]
   | COMPANY; and DOES 1 to 50, Inclusive,                            |
21 |                                                                  |
   |                         Defendants.                             |
22

---

CERTIFICAT'N OF INTERESTED ENTITIES OR PERSONS (L.R. 3-16); DISCLOSURE STMT. (F.R.C.P. 7.1)
CASE NO. CV 07-05589 CRB
39733-0026/LEGAL13703636.1

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Further, pursuant to Federal Rule of Civil Procedure 7.1, Defendants Simpson Timber Company and Green Diamond Resource Company state that their parent corporations are identified below, and that no publicly held corporation owns 10% or more of their stock, or that of either of them.

| Entity | Connection and Interest |
| --- | --- |
| Green Diamond Resource Company | Named Defendant; Corporate Parent and Sole Shareholder of Real Party California Redwood Company |
| Simpson Timber Company | Named Defendant |
| California Redwood Company | Real Party In Interest; Employer of Plaintiff |
| Simpson Investment Company | Corporate Parent and Sole Shareholder of Defendant Simpson Timber Company |
| Kamilche Company | Corporate Parent and Sole Shareholder of Defendant Green Diamond Resource Company |

DATED: November 8, 2007

PERKINS COIE LLP

By: *[signature]*
Steven C. Gonzalez,

Attorneys for Defendants
Simpson Timber Company and Green Diamond Resource Company