KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY, ESQ. SBN-38022
ERIC B. KINGSLEY, ESQ.   SBN-185123
eric@kingsleykingsley.com
DARREN M. COHEN, ESQ.   SBN-221938
dcohen@kingsleykingsley.com
16133 VENTURA BOULEVARD, SUITE 1200
ENCINO, CALIFORNIA 91436
(818) 990-8300; Fax (818)990-2903

Attorneys for Plaintiffs

WILLIAM H. EMER, ESQ. SBN-53482
WEMER@PERKINSCOIE.COM
STEVEN C. GONZALEZ, ESQ. SBN-191756
SGONZALEZ@PERKINSCOIE.COM
PERKINS COIE LLP
1620 26TH STREET, 6TH FLOOR, SOUTH TOWER
SANTA MONICA, CA 90404-4013

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GRAY; et al,<br><br>           Plaintiffs<br><br>    v.<br><br>CALIFORNIA REDWOOD COMPANY;<br>SIMPSON TIMBER COMPANY; and<br>DOES 1 to 50, Inclusive,<br><br>           Defendants. | CASE NO.: CV 07 5589 (CRB)<br><br>STIPULATION TO FILE FIRST AMENDED CLASS ACTION COMPLAINT AND [PROPOSED] ORDER |

The parties in this action, through their respective counsel of record, hereby stipulate:

1. That plaintiffs may be allowed to file a First Amended Class Action Complaint filed concurrently with this stipulation, adding Labor Code §2699 penalties.

1

1     2. Defendants Answer to the Complaint shall be deemed the answer to the First Amended Complaint unless defendants otherwise timely file an Answer.

IT IS SO STIPULATED:

      January 10, 2008
DATED: ~~December~~ ___, ~~200X~~     KINGSLEY & KINGSLEY, APC

By: _____
    DARREN M. COHEN
    Attorneys for Plaintiffs

DATED: January 8, 2008     PERKINS COIE LLP

By: _____
    STEVEN C. GONZALEZ
    Attorneys for Defendant

IT IS SO ORDERED:

DATED: _____, 2007     _____
    HONORABLE CHARLES R. BREYER
    JUDGE UNITED STATES DISTRICT COURT

STIPULATION TO FILE FIRST AMENDED CLASS ACTION COMPLAINT AND [PROPOSED] ORDER