```
1  KINGSLEY & KINGSLEY, APC
   GEORGE R. KINGSLEY, ESQ. SBN-38022
2  ERIC B. KINGSLEY, ESQ.  SBN-185123
   eric@kingsleykingsley.com
3  DARREN M. COHEN, ESQ.   SBN-221938
   dcohen@kingsleykingsley.com
4  16133 VENTURA BOULEVARD, SUITE 1200
   ENCINO, CALIFORNIA 91436
5  (818) 990-8300; Fax (818)990-2903

6  Attorneys for Plaintiffs

7  WILLIAM H. EMER, ESQ. SBN-53482
   WEMER@PERKINSCOIE.COM
8  STEVEN C. GONZALEZ, ESQ. SBN-191756
   SGONZALEZ@PERKINSCOIE.COM
9  PERKINS COIE LLP
   1620 26TH STREET, 6TH FLOOR, SOUTH TOWER
10 SANTA MONICA, CA 90404-4013

11 Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GRAY; et al, | CASE NO.: CV 07 5589 (CRB) |
| Plaintiffs | STIPULATION TO FILE FIRST AMENDED CLASS ACTION COMPLAINT AND [PROPOSED] ORDER |
| v. | |
| CALIFORNIA REDWOOD COMPANY; SIMPSON TIMBER COMPANY; and DOES 1 to 50, Inclusive, | |
| Defendants. | |

The parties in this action, through their respective counsel of record, hereby stipulate:

1. That plaintiffs may be allowed to file a First Amended Class Action Complaint filed concurrently with this stipulation, adding Labor Code §2699 penalties.

2. Defendants Answer to the Complaint shall be deemed the answer to the First Amended Complaint unless defendants otherwise timely file an Answer.

IT IS SO STIPULATED:

DATED: January 10, 2008     KINGSLEY & KINGSLEY, APC

By: _____
DARREN M. COHEN
Attorneys for Plaintiffs

DATED: January 8, 2008     PERKINS COIE LLP

By: _____
STEVEN C. GONZALEZ
Attorneys for Defendant

IT IS SO ORDERED:

DATED: January 14, 2007     _____
HONORABLE CHARLES R. BREYER
JUDGE UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION TO FILE FIRST AMENDED CLASS ACTION COMPLAINT AND [PROPOSED] ORDER