UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JASON GRAY, on behalf of himself
and others similarly situated,          Case No.   C 07-05589 CRB
                     Plaintiff(s),
                                        ADR CERTIFICATION BY PARTIES
                                        AND COUNSEL
          v.

CALIFORNIA REDWOOD COMPANY;
SIMPSON TIMBER COMPANY; et al.,
                     Defendant(s).
                                   /

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                    *Defendants*
                                          [Party]



Dated: 1-25-08                            [Counsel] Steven C. Gonzalez