1  KINGSLEY & KINGSLEY, APC
   GEORGE R. KINGSLEY, ESQ. SBN-38022
2  ERIC R. KINGSLEY, ESQ. SBN-185123
   ELANA R. LEVINE, ESQ.  SBN-234155
   16133 VENTURA BL., SUITE 1200
3  ENCINO, CA 91436
   (818) 990-8300, FAX (818) 990-2903

4

5  Attorneys for Plaintiffs

6

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  JASON GRAY, on behalf          ) CASE NO.: 3:07-cv-05589 (CRB)
    of himself and others          )
13  similarly situated,            ) REQUEST FOR COURT CALL
                                    ) APPEARANCE AT CASE MANAGEMENT
14              Plaintiff,          ) CONFERENCE
                                    )
15        v.                        )
                                    ) DATE:      February 15, 2008
16  GREEN DIAMOND RESOURCE COMPANY; ) TIME:      8:30 a.m.
    SIMPSON TIMBER COMPANY; and     ) COURTROOM: 8
17  DOES 1 to 50, Inclusive,        )
                                    )
18              Defendants.         )
                                    )

19

20      The attorneys for plaintiff in the above-entitled matter are

21  hereby requesting that the Initial Case Management Conference

22  hearing set for **February 15, 2008** at **8:30 a.m.** in Courtroom 8 be

23  approved for a Court Call appearance.

24      Lead Trial counsel, Eric B. Kingsley will be out of the state

25  on this date with his family over the President's Day weekend and

26  hereby requests that the court allow him to appear via courtcall,

27  or in the alternative, to allow an associate attorney from his

28  office to appear in his stead.  It would not be impossible for

                             1

1  Eric Kingsley to appear, however it would be difficult to appear

2  in person.   Thus, the undersign respectfully requests that the

3  court allow courtcall for this matter.

4

5  DATED: January 30, 2008          Respectfully submitted,

6                             KINGSLEY & KINGSLEY, APC

7

8                        By:_____

9                          ERIC B. KINGSLEY, ESQ.
                             Attorney for Plaintiffs

10

11  **PLAINTIFF'S REQUEST FOR COURT CALL IS HEREBY APPROVED.**

12

13  DATED: _____  _____
                             HON. CHARLES R. BREYER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**[C.C.P. 1013(A)(3)]**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 16133 Ventura Boulevard, Suite 1200, Encino, California 91436.

     On January 30, 2008, I served all interested parties in this action the following documents described as **REQUEST FOR COURT CALL APPEARANCE AT CASE MANAGEMENT CONFERENCE** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:


William H. Emer, Esq.
Steven C. Gonzalez, Esq.
PERKINS COIE LLP
1620 26th Street, 6th Floor,
South Tower
Santa Monica, CA 90404-4013

David R. Ongaro, Esq.
PERKINS COIE LLP
Four Embarcadero Center,
Suite 2400
San Francisco, CA 94111-4131


**[X]**    (BY MAIL)  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage fully prepaid at Encino, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[XX]** (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     Executed on January 30, 2008, at Encino, California.


                              Michelle A. Tanzer