United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Gray,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Green Diamond Resource Company,<br><br>            Defendant(s). | 07-05589 CRB MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

    **Robert A. Edwards**
    Law Offices of Robert A. Edwards
    19229 Sonoma Highway #111
    Sonoma, CA 95476
    707-933-9351

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05589 CRB MED                - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: February 1, 2008

5              RICHARD W. WIEKING
               Clerk
6              by:    Claudia M. Forehand

7

8              ADR Case Administrator
               415-522-2059
9              Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05589 CRB MED                 - 2 -