KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY, ESQ. SBN-38022
ERIC B. KINGSLEY, ESQ.   SBN-185123
16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
(818) 990-8300, FAX (818) 990-2903

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GRAY, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREEN DIAMOND RESOURCE COMPANY; SIMPSON TIMBER COMPANY; and DOES 1 to 50, Inclusive,<br><br>　　　　Defendants. | CASE NO.: 3:07-cv-05589 (CRB)<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16.** |

　　　Pursuant to Federal Rule of Civil Procedure 26(a)(1), Named Plaintiff JASON GRAY ("Named Plaintiff") hereby states that no such interest is known other than that of the named parties to the action.

Dated: February 5, 2008　　　　KINGSLEY & KINGSLEY, APC

By: _____
ERIC B. KINGSLEY
Attorneys for Plaintiffs

1

PLT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

(PROOF OF SERVICE BY MAIL - 1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county aforesaid, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 16133 Ventura Boulevard, Suite 1200, Encino, California 91436.

On February 5, 2008, I served the foregoing document described as **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** on the interested parties in this action

__X__ by placing _____ the original __X__ a true copy thereof enclosed in sealed envelopes addressed as follows:

William H. Emer, Esq.
Steven C. Gonzalez, Esq.
PERKINS COIE LLP
1620 26th Street, 6th Floor,
South Tower
Santa Monica, CA 90404-4013

David R. Ongaro, Esq.
PERKINS COIE LLP
Four Embercadero Center,
Suite 2400
San Francisco, CA 94111-4131

__X__ **BY MAIL**

_____ I deposited such envelope in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

_____ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary court of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ (BY EMAIL) A PDF copy of which was sent via email to the above email address.

__X__ **(State)** I declare under penalty of perjury, under the laws of the State of California that the above is true and correct.

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Michelle A. Tanzer