financial interest in the subject matter in controversy or in a party to the proceeding, or any other kind of interest that could be substantially affected by the outcome of the proceeding.

Pursuant to Civil Local Rule 3-16, Defendant certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Green Diamond Resource Company; Simpson Timber Company; and California Redwood Company.

## XVII

## OTHER MATTERS THAT MAY FACILITATE THE JUST, SPEEDY AND INEXPENSIVE DISPOSITION OF THIS MATTER

The parties are unaware of such matters at this time.

DATED: 2/8, 2008

KINGSLEY & KINGSLEY, APC

By: _____
Eric B. Kingsley
Attorneys for Plaintiff

DATED: 2/8, 2008

PERKINS COIE LLP

By: _____
Steven C. Gonzalez
Attorneys for Defendants
California Redwood Company and
Simpson Timber Company