```
KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY, ESQ. SBN-38022
ERIC R. KINGSLEY, ESQ.  SBN-185123
ELANA R. LEVINE, ESQ.   SBN-234155
16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
(818) 990-8300, FAX (818) 990-2903
```

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GRAY, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREEN DIAMOND RESOURCE COMPANY; SIMPSON TIMBER COMPANY; and DOES 1 to 50, Inclusive,<br><br>Defendants. | CASE NO.: 3:07-cv-05589 (CRB)<br><br>**REQUEST FOR COURT CALL APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>DATE:      February 15, 2008<br>TIME:      8:30 a.m.<br>COURTROOM: 8 |

The attorneys for plaintiff in the above-entitled matter are hereby requesting that the Initial Case Management Conference hearing set for **February 15, 2008** at **8:30 a.m.** in Courtroom 8 be approved for a Court Call appearance.

Lead Trial counsel, Eric B. Kingsley will be out of the state on this date with his family over the President's Day weekend and hereby requests that the court allow him to appear via courtcall, or in the alternative, to allow an associate attorney from his office to appear in his stead. It would not be impossible for

1

1  Eric Kingsley to appear, however it would be difficult to appear
2  in person. Thus, the undersign respectfully requests that the
3  court allow courtcall for this matter.

5  DATED: January 30, 2008            Respectfully submitted,

6                                     KINGSLEY & KINGSLEY, APC

8                                     By: _____
                                          ERIC B. KINGSLEY, ESQ.
9                                         Attorney for Plaintiffs

11 **PLAINTIFF'S REQUEST FOR COURT CALL IS HEREBY APPROVED.**

13 DATED:  February 11, 2008



2

REQUEST FOR COURT CALL APPEARANCE