**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 15, 2008**

**C-07-05589** CRB

**JASON GRAY** v. **GREEN DIAMOND RESOURCE CO**

Attorneys:     Eric Kingsley                              David Ongaro

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                    **RULING:**

1.  Initial Case Management Conference  - Held

2.  _____

3.  _____

**ORDERED AFTER HEARING:**

 Matter taken out of court process mediation and referred to private mediation.

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO December 05, 2008 @ 10:00 a.m. for Motion for Certification

Discovery Cut-Off _____      Expert Discovery Cut-Off _____
Plntf to Name Experts by _____      Deft to Name Experts by _____
P/T Conference Date _____      Trial Date _____      Set for _____ days
                        Type of Trial:  ( )Jury     ( )Court

Notes: _____