1  David R. Ongaro, Bar No. 154698
    dongaro@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  Attorneys for Defendants
   CALIFORNIA REDWOOD COMPANY
6  and SIMPSON TIMBER COMPANY

7  Eric Kingsley, Bar No. 185123
    ekingsley@kingsleykingsley.com
8  KINGSLEY & KINGSLEY
   16133 Ventura Blvd., Suite 1200
9  Encino, CA 91436
   Telephone: 818.990.8300
10 Facsimile: 818.990.2903

11 Attorneys for Plaintiff
   JASON GRAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GRAY, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA REDWOOD COMPANY; SIMPSON TIMBER COMPANY; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 3:07-cv-05589 (CRB)<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF A SECOND AMENDED COMPLAINT |

**WHEREAS**, parties have conducted their initial discovery in this matter; and

**WHEREAS**, following the exchange of documents and statistical information the Plaintiff desires to file a Second Amended Complaint;

STIPULATION AND [PROPOSED] ORDER REGARDING FILING A SECOND AMENDED COMPLAINT
CASE NO. 3:07-cv-05589 (CRB)

**THEREFORE**, the parties agree and stipulate to the following:

1. Plaintiff shall be permitted to file a Second Amended Complaint; and
2. Defendants' Answer to the First Amended Complaint will be deemed their Answer to the Second Amended Complaint.

It is so stipulated.

DATED: __6/24__, 2008    By: _____
                             Eric B. Kingsley

DATED: __June 24__, 2008    By: _____
                                David R. Ongaro