# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GRAY; et al., | CASE NO.: 3:07-CV-05589 (CRB) |
| Plaintiffs, | [PROPOSED] ORDER REGARDING THE FILING OF A SECOND AMENDED COMPLAINT |
| v. | |
| CALIFORNIA REDWOOD COMPANY; et al., | |
| Defendants. | |

## [PROPOSED] ORDER

WITH GOOD CAUSE APPEARING it is so ordered.

DATED: June 27, 2008

Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

PROPOSED ORDER