1  KINGSLEY & KINGSLEY, APC
   GEORGE R. KINGSLEY, ESQ. SBN-38022
2  ERIC B. KINGSLEY, ESQ.   SBN-185123
   *eric@kingsleykingsley.com*
3  DARREN M. COHEN, ESQ.    SBN-221938
   dcohen@kingsleykingsley.com
4  16133 VENTURA BOULEVARD, SUITE 1200
   ENCINO, CALIFORNIA 91436
5  (818) 990-8300; Fax (818)990-2903

6  Attorneys for Plaintiffs

7  WILLIAM H. EMER, ESQ. SBN-53482
   WEMER@PERKINSCOIE.COM
8  STEVEN C. GONZALEZ, ESQ. SBN-191756
   SGONZALEZ@PERKINSCOIE.COM
9  PERKINS COIE LLP
   1620 26TH STREET, 6TH FLOOR, SOUTH TOWER
10 SANTA MONICA, CA 90404-4013

11 Attorneys for Defendants

12

13                  UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 JASON GRAY; et al,            )   CASE NO.: CV 07 5589 (CRB)
                                 )
17             Plaintiffs        )   STIPULATION   TO   REMAND   AND
                                 )   [PROPOSED] ORDER
18     v.                        )
                                 )
19 CALIFORNIA REDWOOD COMPANY;   )
   SIMPSON TIMBER COMPANY; and   )
20 DOES 1 to 50, Inclusive,      )
                                 )
21             Defendants.       )
                                 )
22 _____

23      The parties hereby stipulate to remand this action to the

24 Superior Court for the State of California for the County of

25 Alameda.  The parties further stipulate that the second amended

26 complaint shall be the operative complaint in the Superior Court for

27 the State of California for the County of Alameda.

28 ///

                                1

```
 1   IT IS SO STIPULATED:

 2

 3   DATED: July 16, 2008          KINGSLEY & KINGSLEY, APC

 4
                                   By:
 5                                      ELANA R. LEVINE
                                        Attorneys for Plaintiffs
 6

 7   DATED: July 16, 2008          PERKINS COIE LLP

 8
                                   By:
 9                                      DAVID ONGARO
                                        Attorneys for Defendant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                   2
```