UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GRAY; et al, | CASE NO.: CV 07 5589 (CRB) |
| Plaintiffs | [PROPOSED] ORDER |
| v. | |
| CALIFORNIA REDWOOD COMPANY; SIMPSON TIMBER COMPANY; and DOES 1 to 50, Inclusive, | |
| Defendants. | |

The court hereby remands this action to the Superior Court for the State of California for the County of Alameda.

IT IS SO ORDERED:

DATED:_____, 2008

_____
HONORABLE CHARLES R. BREYER
JUDGE UNITED STATES DISTRICT COURT

[PROPOSED] ORDER