```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


JASON GRAY; et al,                 )    CASE NO.: CV 07 5589 (CRB)
                                   )
              Plaintiffs           )    [PROPOSED] ORDER
                                   )
     v.                            )
                                   )
CALIFORNIA REDWOOD COMPANY;        )
SIMPSON TIMBER COMPANY; and        )
DOES 1 to 50, Inclusive,           )
                                   )
              Defendants.          )
                                   )
_____)
```

The court hereby remands this action to the Superior Court for the State of California for the County of Alameda.

IT IS SO ORDERED:


DATED: ___July 21___, 2008         _____
                                   HONORABLE CHARLES R. BREYER
                                   JUDGE UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

[PROPOSED] ORDER