**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 23, 2008

Alameda County Superior Court
1225 Fallon St.
Oakland, CA 94612

RE:  <u>CV 07-5589 CRB    JASON GRAY -V- CALIFORNIA REDWOOD COMPANY ET AL</u>
     Your Case Number: <u>(RG07348848)</u>

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (x)    Certified copies of docket entries

        (x)    Certified copies of Remand Order

        ( )    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        by: <u>Maria Loo</u>
        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg