**FILED**

JUL 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

**ENDORSED
FILED
ALAMEDA COUNTY**

JUL 29 2008

CLERK OF THE SUPERIOR COURT
By _____ S. Halcrombe _____
                              Deputy

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 23, 2008

Alameda County Superior Court
1225 Fallon St.
Oakland, CA 94612

RE:  <u>CV 07-5589 CRB    JASON GRAY -V- CALIFORNIA REDWOOD COMPANY ET AL</u>
     Your Case Number: <u>(RG07348848)</u>

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (x)    Certified copies of docket entries

        (x)    Certified copies of Remand Order

        ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: <u>Maria Loo</u>
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg